UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

              v.                       Case No. 11-mc-34-PB

<u>Mark J. Smith</u>

### O R D E R

The court hereby approves the report and recommendation by United States Magistrate Judge Landya B. McCafferty. The taxpayer, Mark J. Smith, is hereby ordered to appear on November 14, 2011 at 9:00 a.m. at the IRS office located at 80 Daniel St., 4th floor, Portsmouth, NH, before Ann MacLean-Hartery (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of May 20, 2011. I further order the government be awarded its costs.

      SO ORDERED.

October 24, 2011                                      <u>/s/ Paul Barbadoro</u>
                                                          Paul Barbadoro
                                                           United States District Judge

cc:     Michael T. McCormack, AUSA
          Walter J. Timby , III, Esq.